IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
APR 1 6 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § Plaintiff, § § v. § § CTW L.L.C. d/b/a WENDY'S § § Defendant. § § § | Civil Action No. W12CA091 COMPLAINT AND JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Michael Harrison, Jr. who was adversely affected by such practices. The Equal Employment Opportunity Commission (the "Commission") alleges that Defendant, CTW L.L.C. d/b/a/ Wendy's, discriminated against Michael Harrison, Jr. in violation of the Americans with Disabilities Act, as amended, by failing or refusing to hire him because of his disability, hearing impairment.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

COMPLAINT                                                                  1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Texas, Waco Division.

## PARTIES

3. Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA, as amended, and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, Defendant, CTW L.L.C. d/b/a/ Wendy's, has continuously been doing business in the State of Texas and the City of Killeen, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, as amended, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant, CTW L.L.C. d/b/a/ Wendy's, has been a covered entity under Section 101(2) of the ADA, as amended, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Michael Harrison, Jr. filed a charge with the Commission alleging violations of Title I of the ADA, as amended, by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. At all relevant times, Michael Harrison, Jr. has been and is a qualified person with a disability and is covered by Title I of the ADA, as amended, 42 U.S.C. §§ 12101 *et seq.*

**COMPLAINT**                                                                 2

9.   Since at least October 2010, Defendant, CTW L.L.C. d/b/a/ Wendy's, has engaged in an unlawful employment practice at its Killeen, Texas location, in violation of Title I of the ADA, as amended, 42 U.S.C. §§ 12101 *et seq*. The unlawful practice was to discriminate against Michael Harrison, Jr. by failing or refusing to hire him because of his disability, hearing impairment, in violation of 42 U.S.C. § 12112(a), as amended.

10.   The effect of the practice complained of in paragraph 9 above has been to deprive Michael Harrison, Jr. of equal employment opportunities and to otherwise adversely affect his status as an applicant for employment because of his disability.

11.   The unlawful employment practice complained of in paragraph 9 above was intentional.

12.   The unlawful employment practice complained of in paragraph 9 above was done with malice or with reckless indifference to the federally protected rights of Michael Harrison, Jr.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, CTW L.L.C. d/b/a/ Wendy's, its officers, successors, assigns, and all persons in active concert or participation with it, from discriminating against any qualified employees, because of their disability, by: (1) failing to hire qualified employees because of their disability; and (2) engaging in any other employment practice which discriminates on the basis of disability;

B.   Order Defendant, CTW L.L.C. d/b/a/ Wendy's, to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant, CTW L.L.C. d/b/a/ Wendy's, to make whole Michael Harrison, Jr., by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful-place hiring of Michael Harrison, Jr., or front pay in lieu thereof;

D. Order Defendant, CTW L.L.C. d/b/a/ Wendy's, to make whole Michael Harrison, Jr., by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph 9 above, including, but not limited to, relocation expenses, and job search expenses, in amounts to be determined at trial;

E. Order Defendant, CTW L.L.C. d/b/a/ Wendy's, to make whole Michael Harrison, Jr., by providing compensation for past and future non-pecuniary losses resulting from the unlawful practice complained of in paragraph 9 above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

F. Order Defendant, CTW L.L.C. d/b/a/ Wendy's, to pay Michael Harrison, Jr. punitive damages for its malicious or reckless conduct, as described in paragraph 9 above, in amounts to be determined at trial;

G. Grant such further relief as the Court deems necessary and proper in the public interest; and

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES LEE
Assistant General Counsel

GWENDOLYN REAMS
Deputy General Counsel


ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470

_____
JOEL P. CLARK
Senior Trial Attorney
Texas Bar No. 24050425

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 S. Houston, Third Floor
Dallas, Texas 75202
(214) 253-2743
(214) 253-2749 (FAX)

**COMPLAINT** 5